### GROVES v. THE STATE.

FISH, J.　This court having held that the indictment under which the accused was tried and convicted was fatally defective (*Groves* v. *State*, ante, 516), the conviction was a nullity.

*Judgment reversed.　All the Justices concurring, except Lumpkin, P. J., absent.*

Argued November 27,—Decided December 9, 1902.

Indictment for attempt to commit robbery.　Before Judge Barrow.　Chatham superior court.　September 17, 1902.

*Robert L. Colding* and *John R. Cooper,* for plaintiff in error.
*W. W. Osborne, solicitor-general,* contra.